# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 13, 2007*

[Cite as *07/13/2007 Case Announcements,* 2007-Ohio-3544.]

## MOTION AND PROCEDURAL RULINGS

**2006–1259. State ex rel. Coles v. Granville.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for leave to file supplemental evidence,

It is ordered by the court that the motion is granted. Relators shall file their supplemental evidence by Wednesday, July 18, 2007.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *July 16, 2007*

[Cite as *07/16/2007 Case Announcements,* 2007-Ohio-3561.]

## MOTION AND PROCEDURAL RULINGS

**2006–2406. Thompson v. Hayes.**
Franklin App. No. 05AP–476, 2006-Ohio-6000. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' motion to supplement the record and appellees' motion to strike Tab C of appellants' supplement to the brief,

It is ordered by the court that the motion to supplement the record is denied, and the motion to strike Tab C of appellants' supplement to the brief is granted.

**2007–1024. Friga v. E. Cleveland.**
Cuyahoga App. No. 88262, 2007-Ohio-1716. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellees' motion to strike the notice of appeal and memorandum in support of jurisdiction due to lack of service,

It is ordered by the court that the motion is denied. Appellees shall file a memorandum in response within 30 days from the date of this entry.

**2007–1215. State v. Bunting.**
Stark App. No. 2006CA00330, 2007-Ohio-2184. This case was filed by appellant as an appeal as of right pursuant to S.Ct.Prac.R. II(1)(A)(1). However, it is determined that this case originated in the court of common pleas and should proceed as a discretionary appeal.

It is ordered that appellant shall file a memorandum in support of jurisdiction pursuant to S.Ct.Prac.R. III within 30 days from the date of this entry.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–1196. State ex rel. Valley Interior Sys., Inc. v. Indus. Comm.**
Franklin App. No. 06AP–649, 2007-Ohio-2523.

**2007–1213. State ex rel. Pitstick v. Indus. Comm.**
Franklin App. No. 06AP–857, 2007-Ohio-3286.